In the U.S. District Court Southern District of Illinois

**FILED**
**MAY 10 2010**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Benjamin J. Scharlemann )
    Plaintiff )
Vs. )
Denise Daum )
    and )
Georgianne Broughton )
    and )
Michael Taylor )
    and )
Janice Reynolds )

~~10-CM-~~
10-351-JPG-PMF

Charge of Wrongful Termination:

Now comes Benjamin J. Scharlemann pro se for his charge of Wrongful Termination pursuant to The Americans with Disabilities Act of 1990 as amended and states as follows:

See: 42 USC 12111-12117 et seq

Whereas, the management team of Community Resource Center, Inc conspired to terminate employment of plaintiff on or about Feb. 20 2009.

Whereas, said termination violated The ADA of 1990 since plaintiff was not afforded reasonable accommodation to his disability. Plaintiff notified management of disability, was kept on midnight shift for four years and was not allowed any substitutions in shift or job duties though plaintiff requested changes in work environment.

Whereas, prior to being discharged plaintiff was banned from Adm. Bldg. of CRC denying his access to building to be "readily accessible and usable by persons with disabilities…" which constitutes " limiting, segregating or classifying (plaintiff) in a way that adversely affects the opportunities or status…because of the disability of such applicant or employee."

Whereas, reasonable accommodation by CRC management would have caused " no undue hardship" to CRC, Inc.

Plaintiff seeks to recover $20,000 for lost wages and emotional suffering.

Sincerely,

Benjamin J. Scharlemann

OFFICIAL SEAL
DEBORAH J. LUEKING
Notary Public, State of Illinois
My Commission Expires 07/28/13

Deborah J. Lueking
Expire 7-28-13
County of Clinton, Illinois