IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN J. SCHARLEMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 10-cv-351-JPG |
| | ) |
| COMMUNITY RESOURCE CENTER, | ) |
| INC., i.e. DENISE DAUM, GEORGIANNE | ) |
| BROUGHTON, MICHAEL LYNN | ) |
| TAYLOR, JANICE REYNOLDS, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  September 20, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk

APPROVED:   _s/J. Phil Gilbert_
                     J. PHIL GILBERT
                     U. S. DISTRICT JUDGE